UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EDWARD SETH TRZASKA, | Case No. 2:22-cv-00811-APG-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WILLSON, et al., | |
| Defendants. | |

**I.   DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated, but he has not filed his updated address and the Court's most recent order, Docket No. 5, came back as undeliverable. *See* Docket No. 6. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court grants until **December 21, 2022**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **December 21, 2022**, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners, Docket No. 1, as moot because Plaintiff is no longer incarcerated. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $402, no later than December 21, 2022.

**II.   CONCLUSION**

For the foregoing reasons,

IT IS ORDERED that Plaintiff must file his updated address with the Court no later than **December 21, 2022**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners is **DENIED** as moot. Docket No. 1.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **December 21, 2022**, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: November 21, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE